IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


O'DELL HALL, JR.,
      Plaintiff,

vs.                                    Case No.: 3:06cv351/RV/EMT

LT. LEAVINS, et al.,
      Defendants.
_____/

## REPORT AND RECOMMENDATION

This matter is before the court on Plaintiff's Motion for Summary Judgment (Doc. 81). Plaintiff requests entry of judgment in his favor on the claims raised in his Second Amended Complaint (Doc. 16).

Initially, Plaintiff failed to obtain permission from the court prior to filing the instant motion, as required by previous order of the court (*see* Doc. 33, ¶ 10). Additionally, in light of the procedural posture of this case, Plaintiff's motion for summary judgment is premature. Defendants have filed a motion to dismiss this action on the ground that it is barred by Heck v. Humphrey, 512 U.S. 477 (1994) and Edwards v. Balisok, 520 U.S. 641 (1997) (Doc. 50). Plaintiff was given until December 3, 2007, to file a response to the motion and has not yet done so (*see* Doc. 80). If Defendants' motion is granted, this case would be dismissed in its entirety. If the motion is denied, Defendants would be required to file a special report, which would eventually be converted to a motion for summary judgment; it would then be appropriate for Plaintiff to file his motion for summary judgment, provided he has obtained leave of court to do so. Finally, Plaintiff failed to accompany his motion for summary judgment with a separate, short and concise statement of the material facts as to which he contends there is no genuine issue to be tried, as required by Rule

56.1(A) of the Local Rules of the Northern District of Florida.  This failure constitutes grounds for denial of the motion.  *Id.*

Accordingly, it is respectfully **RECOMMENDED** that Plaintiff's Motion for Summary Judgment (Doc. 81) be **DENIED without prejudice**.

At Pensacola, Florida, this 7<u>th</u> day of November 2007.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**


## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten (10) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>.  A copy of objections shall be served upon the magistrate judge and all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).**