IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

O'DELL HALL, JR.,
     Plaintiff,

vs.                                 Case No. 3:06cv351/RV/EMT

LT. LEAVINS, et al.,
     Defendants.
_____/

### ORDER

      This cause is before the court on Plaintiff's "Motion for Refusal to Admit Under Fed. R. Civ. Proc. 37(c)(1), (2)" (Doc. 84), construed as a motion for sanctions.  Plaintiff seeks sanctions for Defendants' failure to comply with the court's previous order (Doc. 80) requiring them to permit him to view a videotape of the alleged excessive force incident between Plaintiff and Defendants Sutton and Johnson on January 24, 2006, which was referenced in other discovery materials disclosed by Defendants.

      In Defendants' response to the motion for sanctions, Defendants' counsel states that on November 1, 2007, a representative from his office notified Officer Bennett at Santa Rosa Correctional Institution (SRCI) of the order requiring Defendants to permit Plaintiff to view the videotape, and counsel requested that Officer Bennett facilitate the viewing (*see* Doc. 87, Response ¶¶ 4–5. Ex. A).  Counsel subsequently received a response from Lt. John Kolodziej at SRCI stating that he made every attempt to locate the videotape, including contacting several inter-agency departments, but was unsuccessful in locating it (Doc. 87, Response ¶ 6, Ex. B).  Thus, Defendants assert they attempted to comply with the court order but were unable to do so through no fault of their own, and accordingly, assert that sanctions are not warranted (Doc. 87, Response ¶¶ 7–9).

Upon review of the parties' submissions, the court concludes that Defendants attempted in good faith to comply with the court's order but were unable to do so because the videotape was not in their possession and could not be located.  Therefore, sanctions are not warranted.

Accordingly, it is **ORDERED**:

Plaintiff's "Motion for Refusal to Admit Under Fed. R. Civ. Proc. 37(c)(1), (2)" (Doc. 84), construed as a motion for sanctions, is **DENIED**.

**DONE AND ORDERED** this 30th day of November 2007.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**