IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


O'DELL HALL, JR.,
      Plaintiff,

vs.                                    Case No.:  3:06cv351/RV/EMT

LT. LEAVINS, et al.,
      Defendants.

_____/

## ORDER

      This cause is before the court on Plaintiff's "Motion To Rule Under Fed. R. Civ. Proc. 37(a)(4)(A)(B)(C), (b)(2)(E) and (C)(1)(2)" (Doc. 89).  Plaintiff seeks sanctions against Defendants for failing to comply with orders of this court issued October 3, 2007, October 29, 2007, and November 21, 2007 (*see* Doc. 89 at 1–2).

      The orders issued October 3, 2007, and November 21, 2007, required Defendants to file responses to motions filed by Plaintiff (*see* Docs. 75, 85).  Defendants filed the required responses (Docs. 76, 87); therefore, Plaintiff has failed to show that he is entitled to sanctions as to these orders.  The order issued October 29, 2007, directed Defendants to permit Plaintiff to view a videotape (*see* Doc. 80).  Defendants failed to do so, and their failure was the subject of a previous motion for sanctions filed by Plaintiff on November 20, 2007 (Doc. 84).  The court denied the motion for sanctions on the ground that Defendants attempted in good faith to comply with the court's order but were unable to do so because the videotape was not in their possession and could not be located (Doc. 88).  Because Plaintiff has failed to state a basis for imposing sanctions upon Defendants, the instant motion will be denied.

      Accordingly, it is **ORDERED**:

      Plaintiff's "Motion To Rule Under Fed. R. Civ. Proc. 37(a)(4)(A)(B)(C), (b)(2)(E) and

(C)(1)(2)" (Doc. 89) is **DENIED**.

   **DONE AND ORDERED** this 12th day of December 2007.


                              /s/ *Elizabeth M. Timothy*
                              **ELIZABETH M. TIMOTHY**
                              **UNITED STATES MAGISTRATE JUDGE**

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


O'DELL HALL, JR.,
      Plaintiff,

vs.                                                    Case No.:  3:06cv351/RV/EMT

LT. LEAVINS, et al.,
      Defendants.

_____/

## ORDER

      This cause is before the court on Plaintiff's "Motion To Rule Under Fed. R. Civ. Proc. 37(a)(4)(A)(B)(C), (b)(2)(E) and (C)(1)(2)" (Doc. 89).  Plaintiff seeks sanctions against Defendants for failing to comply with orders of this court issued October 3, 2007, October 29, 2007, and November 21, 2007 (*see* Doc. 89 at 1–2).

      The orders issued October 3, 2007, and November 21, 2007, required Defendants to file responses to motions filed by Plaintiff (*see* Docs. 75, 85).  Defendants filed the required responses (Docs. 76, 87); therefore, Plaintiff has failed to show that he is entitled to sanctions as to these orders.  The order issued October 29, 2007, directed Defendants to permit Plaintiff to view a videotape (*see* Doc. 80).  Defendants failed to do so, and their failure was the subject of a previous motion for sanctions filed by Plaintiff on November 20, 2007 (Doc. 84).  The court denied the motion for sanctions on the ground that Defendants attempted in good faith to comply with the court's order but were unable to do so because the videotape was not in their possession and could not be located (Doc. 88).  Because Plaintiff has failed to state a basis for imposing sanctions upon Defendants, the instant motion will be denied.

      Accordingly, it is **ORDERED**:

      Plaintiff's "Motion To Rule Under Fed. R. Civ. Proc. 37(a)(4)(A)(B)(C), (b)(2)(E) and

(C)(1)(2)" (Doc. 89) is **DENIED**.

  **DONE AND ORDERED** this 12<u>th</u> day of December 2007.


       /s/ *Elizabeth M. Timothy*_____
       **ELIZABETH M. TIMOTHY**
       **UNITED STATES MAGISTRATE JUDGE**