IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

O'DELL HALL, JR.,
    Plaintiff,

vs.                                Case No. 3:06cv351/RV/EMT

SANTA ROSA C.I., et al.,
    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated January 23, 2008.  The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of all timely filed objections.

Having considered the report and recommendation, and any timely filed objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. Defendants' Motions to Dismiss (Docs. 50, 61) are **DENIED**.

3. The matter is referred to the assigned magistrate judge for further proceedings.

**DONE AND ORDERED** this 25th day of February, 2008.

                /s/ _Roger Vinson_
                **ROGER VINSON**
                **SENIOR UNITED STATES DISTRICT JUDGE**