IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

O'DELL HALL, JR.,
    Plaintiff,

vs.                                                 Case No. 3:06cv351/RV/EMT

LT. LEAVINS, et al.,
    Defendants.
_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated January 29, 2009 (Doc. 171). The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the report and recommendation, and any timely filed objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.     Defendants Gielow and Sanford's motion for summary judgment (Doc. 121) is **DENIED**.

3.     This case is referred to the assigned magistrate judge for further proceedings.

**DONE AND ORDERED** this 4th day of March, 2009.

                                      /s/ *Roger Vinson*
                                      **ROGER VINSON**
                                      **SENIOR UNITED STATES DISTRICT JUDGE**